IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02602–KMT

BARBARA BINION,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Amend Complaint" (Doc. No. 21, filed Mar. 5, 2014) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2).  The Clerk of Court is directed to file Plaintiff's Amended Complaint (Doc. No. 21-2).

Dated:  March 5, 2014