IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02602-KMT

BARBARA BINION,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by the Honorable  on KATHLEEN M. TAFOYA, incorporated herein by reference, it is

ORDERED that Defendant's "Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed. R.Civ.P. 12(b)(1)"  is GRANTED and this action is dismissed without prejudice for lack of subject matter jurisdiction.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, THE UNITED STATES OF AMERICA, and against Plaintiff, BARBARA BINION.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that Defendant USA  shall have its costs by the filing of a

Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 31st day of October, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
Nancy Marble
Deputy Clerk